# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | U.S. District Court MI (Eastern) | 04/21/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
1000 Washington Ave
Bay City, MI
48708

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | R. M. Gerstacker Foundation |
| 2. | Trustee | Albion College |
| 3. | President & Director | ▨ Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/3/2003 | Michigan Judges Retirement Services |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Federal Court Salary | $165,551.43 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust checking & savings | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | M | T | | | | | |
| 3. TD Ameritrade Money Market | A | Interest | M | T | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | J | T | | | | | |
| 5. Amgen Stock | A | Dividend | J | T | | | | | |
| 6. Covance Stock | | None | K | T | | | | | |
| 7. Blackrock Global Stock | D | Dividend | M | T | | | | | |
| 8. IBM Stock | B | Dividend | L | T | | | | | |
| 9. Quest Diagnostics Stock | A | Dividend | K | T | | | | | |
| 10. Petosky MI Condo - $178,600 | | None | | S | | | | | |
| 11. Am Cent Real Est KKL 401K | A | Int./Div. | | | Sold | 11/12/13 | K | | |
| 12. Fidelity Contrafund KKL 401K | C | Int./Div. | L | T | | | | | |
| 13. ACWI Ex US IMI NL KKL 401K | | None | K | T | Sold (part) | 12/16/13 | J | | |
| 14. Interest Income Fund KKL 401K | C | Int./Div. | M | T | | | | | |
| 15. Vanguard Convertible See KKL 401K | C | Int./Div. | L | T | | | | | |
| 16. Vanguard Global Equity KKL 401K | A | Int./Div. | K | T | | | | | |
| 17. Am Cent Real Estate KKL | | None | K | T | Buy | 11/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | None | K | T | Buy (add'l) | 12/16/13 | J | | |
| 19. SSga Stable Value-State of Michigan 457 Plan (TLL) | | None | K | T | | | | | |
| 20. PIMCO Total Return-State of Michigan 457 (TLL) | | None | L | T | | | | | |
| 21. Dodge & Cox Stock State of Michigan 457 Plan (TLL) | | None | J | T | | | | | |
| 22. SSga Stable Value State of Michigan 401K Plan (TLL) | | None | K | T | | | | | |
| 23. PIMCO Total Return State of MI 401K plan (TLL) | | None | L | T | Buy (add'l) | 12/16/13 | K | | |
| 24. Oakmark Equity & Income Fund-St of MI 401K (TLL) | | None | | | Sold | 12/16/13 | L | C | |
| 25. Rainier Large Cap Growth-St of MI 401K | | None | | | Sold | 12/16/13 | K | B | |
| 26. T Rowe Price Mid Cap Value-St of MI 401K (TLL) | | None | | | Sold | 12/16/13 | K | C | |
| 27. Dodge & Cox Stock-St of MI 401K (TLL) | | None | K | T | Buy (add'l) | 12/16/13 | K | | |
| 28. Ridge Worth Funds-St of MI 401K (TLL) | | None | K | T | | | | | |
| 29. American Funds Europacific Gr-St of MI 401K (TLL) | | None | L | T | Buy (add'l) | 12/16/13 | K | | |
| 30. Artisan Mid Cap-St of MI 401K (TLL) | | None | K | T | Buy | 12/16/13 | K | | |
| 31. NB Genesis-Inst KKL 401K | C | Int./Div. | L | T | | | | | |
| 32. Pim Co Real 1 KKL 401K | A | Int./Div. | J | T | Sold (part) | 12/16/13 | J | | |
| 33. TRP Is Mid Cap KKL 401K | C | Int./Div. | L | T | | | | | |
| 34. Small Cap Index Fund KKL 401K | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Anchor Life Policy | | None | K | T | | | | | |
| 36. Trust Mark Life Policy (TLL) | | None | L | T | | | | | |
| 37. Indianapolis Life Policy | | None | K | T | | | | | |
| 38. Apple Inc | A | Dividend | | | Sold | 04/24/13 | J | C | |
| 39. Hennessy Gas Utilities Index Fund | A | Dividend | J | T | Sold (part) | 04/24/13 | J | B | |
| 40. Fidelity Select Portfolio Fund | A | Dividend | K | T | Sold (part) | 04/24/13 | J | C | |
| 41. | | | K | T | Buy (add'l) | 08/20/13 | J | | |
| 42. | | | K | T | Sold (part) | 12/03/13 | J | C | |
| 43. First Eagle Overseas A Fund | | None | | | Sold (part) | 04/24/13 | J | B | |
| 44. | | | | | Sold | 08/20/13 | J | B | |
| 45. Church & Dwight | A | Dividend | J | T | Sold (part) | 04/24/13 | J | B | |
| 46. Dollar Tree Stores Inc | | None | J | T | Sold (part) | 08/20/13 | J | B | |
| 47. Buffalo Wild Wings | | None | J | T | Sold (part) | 08/20/13 | J | B | |
| 48. | | | J | T | Sold (part) | 12/03/13 | J | B | |
| 49. ING Global Natural Resources | | None | | | Sold | 04/18/13 | K | | |
| 50. MFS Utilities Fund | A | Dividend | J | T | Sold (part) | 04/24/13 | J | A | |
| 51. | | | J | T | Sold (part) | 12/03/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | J | T | Buy (add'l) | 12/03/13 | J | | |
| 53. Vanguard Energy Fund A | B | Dividend | K | T | Sold (part) | 04/24/13 | J | B | |
| 54. | | | K | T | Sold (part) | 08/20/13 | J | A | |
| 55. | | | K | T | Sold (part) | 12/03/13 | J | A | |
| 56. MSCI Canada Index ETF | A | Dividend | K | T | | | | | |
| 57. Metro Inc Class A | A | Dividend | K | T | Buy (add'l) | 12/03/13 | J | | |
| 58. Ross Stores, Inc | A | Dividend | J | T | Sold (part) | 08/20/13 | J | B | |
| 59. Yacktman Fund | A | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 60. | | | K | T | Sold (part) | 08/20/13 | J | A | |
| 61. | | | K | T | Sold (part) | 12/03/13 | J | A | |
| 62. SPDR DJ Intl Real Estate ETF | B | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 63. MFS Intl New Discovery A Fund | A | Dividend | K | T | Sold (part) | 12/03/13 | J | A | |
| 64. T Price Media & Tele Fund | A | Dividend | K | T | Sold (part) | 12/03/13 | J | D | |
| 65. Tim Horton's, Inc | A | Dividend | K | T | Sold (part) | 12/03/13 | J | A | |
| 66. ATCO Ltd Class I | A | Dividend | K | T | Sold (part) | 04/24/13 | J | B | |
| 67. Bank of Nova Scotia | A | Dividend | K | T | Buy (add'l) | 04/24/13 | J | | |
| 68. Harris Cap PFD | A | Dividend | | | Sold | 04/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Alliance Resource Partners | A | Dividend | | | Sold | 08/20/13 | K | A | |
| 70. National Health Investors | B | Dividend | J | T | Sold (part) | 04/24/13 | J | A | |
| 71. | | None | J | T | Sold (part) | 08/20/13 | J | B | |
| 72. Sunoco Logistics Partners | B | Dividend | K | T | Sold (part) | 04/24/13 | J | B | |
| 73. | | None | K | T | Sold (part) | 12/03/13 | J | A | |
| 74. C & S Realty Fund | A | Dividend | K | T | Sold (part) | 08/20/13 | J | B | |
| 75. Alerian Infrastructure | B | Dividend | K | T | Sold (part) | 12/03/13 | J | A | |
| 76. El Paso Pipeline | B | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 77. | | None | K | T | Buy (add'l) | 12/03/13 | J | | |
| 78. Transmontaigne Partners | B | Dividend | K | T | Sold (part) | 04/24/13 | J | B | |
| 79. | | None | K | T | Buy (add'l) | 08/20/13 | J | | |
| 80. | | None | K | T | Sold (part) | 12/03/13 | J | A | |
| 81. Rayonier Inc | A | Dividend | J | T | Sold (part) | 04/24/13 | J | B | |
| 82. | | None | J | T | Sold (part) | 08/20/13 | J | B | |
| 83. | | None | J | T | Buy (add'l) | 12/03/13 | J | | |
| 84. SL Green Realty | A | Dividend | | | Sold | 04/24/13 | K | E | |
| 85. Aflac, Inc. | A | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | None | K | T | Sold (part) | 08/20/13 | J | A | |
| 87. | | None | K | T | Buy (add'l) | 12/03/13 | J | | |
| 88. Deere & Co | A | Dividend | J | T | | | | | |
| 89. PowerShares Pharma ETF | A | Dividend | K | T | Sold (part) | 04/24/13 | J | B | |
| 90. | | None | K | T | Sold (part) | 08/20/13 | J | B | |
| 91. | | None | K | T | Sold (part) | 12/03/13 | J | B | |
| 92. PowerShares QQQ ETF | A | Dividend | K | T | Sold (part) | 08/23/13 | J | A | |
| 93. | | None | K | T | Sold (part) | 12/03/13 | J | A | |
| 94. SPDR S&P Homebuilders ETF | A | Dividend | | | Buy (add'l) | 04/24/13 | J | | |
| 95. | | None | | | Sold (part) | 08/20/13 | J | A | |
| 96. | | | | | Sold | 12/03/13 | K | B | |
| 97. TAL International | B | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 98. | | None | K | T | Buy (add'l) | 08/20/13 | J | | |
| 99. | | None | K | T | Sold (part) | 12/03/13 | J | B | |
| 100. Westcore Intl Sm Cap Fund | A | Dividend | K | T | Sold (part) | 12/03/13 | J | B | |
| 101. BP Prudhoe Bay Royalty Trust | B | Dividend | | | Sold | 12/03/13 | J | | |
| 102. Continental Resources | | None | K | T | Sold (part) | 08/20/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | None | K | T | Buy (add'l) | 12/03/13 | J | | |
| 104. Pioneer Natural Resources Co | B | Dividend | K | T | Sold (part) | 04/24/13 | J | | |
| 105. | | None | K | T | Sold (part) | 08/20/13 | J | C | |
| 106. | | None | K | T | Buy (add'l) | 12/03/13 | J | | |
| 107. Enterprise Products Partners | A | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 108. Plains All American Pipeline | A | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 109. | | None | K | T | Buy (add'l) | 08/20/13 | J | | |
| 110. Simon Property Group | A | Dividend | K | T | Sold (part) | 08/20/13 | J | | |
| 111. American Tower Corp | A | Dividend | J | T | Buy | 04/24/13 | K | | |
| 112. | | None | J | T | Sold (part) | 08/20/13 | J | | |
| 113. | | None | J | T | Sold (part) | 12/03/13 | J | | |
| 114. Oakmark Intl I Fund | A | Dividend | K | T | Buy | 04/24/13 | J | | |
| 115. | | None | K | T | Buy (add'l) | 08/20/13 | J | | |
| 116. | | None | K | T | Sold (part) | 12/03/13 | J | A | |
| 117. PowerShares Dyn Energy ETF | A | Dividend | K | T | Buy | 04/24/13 | K | | |
| 118. Extra Space Storage | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 119. HCP Inc | A | Dividend | J | T | Buy | 08/20/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Holly Frontier Corp | A | Dividend | K | T | Buy | 08/20/13 | K | | |
| 121. | | None | K | T | Buy (add'l) | 12/03/13 | J | | |
| 122. Home Properties | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 123. PowerShares Leis&Ent ETF | A | Dividend | K | T | Buy | 08/20/13 | J | | |
| 124. | | None | K | T | Buy (add'l) | 12/03/13 | J | | |
| 125. T Rowe Price New Horizons Fund | A | Dividend | K | T | Buy | 12/03/13 | K | | |
| 126. Wasatch Int Growth Fund | A | Dividend | K | T | Buy | 12/03/13 | K | | |
| 127. Andrews Co, TX 8/15/15 Bond | A | Interest | K | T | | | | | |
| 128. Berkshire Hathaway 8/15/13 Bond | A | Interest | | | Matured | 08/15/13 | J | | |
| 129. Camden NJ Bond 1/15/15 | A | Interest | K | T | | | | | |
| 130. Capital One Bank CD 12/19/14 | A | Interest | J | T | | | | | |
| 131. Caterpillar Finance 5/15/13 Bond | A | Interest | | | Matured | 05/15/13 | J | | |
| 132. Cary, IL Semi 11/01/2013 Bond | A | Interest | | | Matured | 11/01/13 | J | A | |
| 133. Cook Co, IL 12/01/2013 Bond | | None | | | Matured | 12/01/13 | J | A | |
| 134. GE Capital Corp 11/14/14 Bond | B | Interest | K | T | | | | | |
| 135. John Hancock 11/15/15 Bond | A | Interest | J | T | | | | | |
| 136. Lehman Bond Escrow 01/18/12 | C | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Lewis County WA 12/1/14 Bond | B | Interest | K | T | | | | | |
| 138. Mishawaka, IN 3/1/15 Bond | | None | K | T | | | | | |
| 139. New York St Bond 3/15/15 | B | Interest | K | T | | | | | |
| 140. Palatine, IL Bond 12/1/14 | B | Interest | K | T | | | | | |
| 141. Indiana Bond Bank 7/15/15 | B | Interest | K | T | | | | | |
| 142. Discover Bank CD 9/24/13 | B | Interest | | | Matured | 09/24/13 | K | | |
| 143. Goldman Sachs CD 11/19/13 | C | Interest | | | Matured | 11/19/13 | L | | |
| 144. Goldman Sachs CD 12/17/13 | A | Interest | | | Matured | 12/17/13 | K | | |
| 145. Wachovia Bank CD 9/30/13 | A | Interest | | | Matured | 09/30/13 | J | | |
| 146. Barclay Bank Bond 9/22/16 | A | Interest | K | T | | | | | |
| 147. Barclay Bank Bond 7/10/14 | A | Interest | J | T | | | | | |
| 148. Paragon Com Bank CD 12/15/14 | A | Interest | K | T | | | | | |
| 149. Syracuse NY Bond 10/15/14 | B | Interest | K | T | | | | | |
| 150. Goldman Sachs Bond 10/1/16 | A | Interest | K | T | | | | | |
| 151. Goldman Sachs Bond 10/1/14 | A | Interest | K | T | | | | | |
| 152. John Hancock Bond 9/15/16 | A | Interest | J | T | | | | | |
| 153. Avalon BayCommunities I | A | Dividend | J | T | Buy (add'l) | 04/24/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | None | J | T | Sold (part) | 08/20/13 | J | C | |
| 155. JP Morgan Chase 6/27/17 Bond | A | Interest | J | T | | | | | |
| 156. JP Morgan Chase 3/1/16 Bond | B | Interest | K | T | | | | | |
| 157. Metlife Inc Bond 6/1/16 | A | Interest | J | T | | | | | |
| 158. Michigan Financial Authority 11/1/16 Bond | A | Interest | J | T | | | | | |
| 159. Phoenix, AZ 7/1/16 Bond | A | Interest | J | T | | | | | |
| 160. Westpac Banking Co Bond 12/9/15 | A | Interest | J | T | | | | | |
| 161. GE Money Bank CD 9/11/17 | A | Interest | J | T | | | | | |
| 162. GE Money Bank CD 7/24/17 | A | Interest | J | T | | | | | |
| 163. Goldman Sachs CD 8/22/17 | A | Interest | K | T | | | | | |
| 164. Deutsche Bank Bond 9/1/17 | A | Interest | J | T | | | | | |
| 165. JP Morgan Chase 7/5/16 Bond | A | Interest | J | T | | | | | |
| 166. Mars, PA 03/01/16 Bond | A | Interest | K | T | | | | | |
| 167. McGraw-Hill 11/15/17 Bond | A | Interest | J | T | | | | | |
| 168. NY Transit 11/15/16 Bond | A | Interest | J | T | | | | | |
| 169. Soc Gen 10/12/17 Bond | A | Interest | J | T | | | | | |
| 170. GE Cap Corp 7/15/17 Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Goldman Sachs 9/1/17 Bond | A | Interest | J | T | | | | | |
| 172. VF Corp Bond 11/01/17 | A | Interest | K | T | | | | | |
| 173. GE Money Bank CD 9/11/17 | A | Interest | J | T | Buy | 01/07/13 | J | | |
| 174. AmMuni Pwr Bond 2/15/18 | A | Interest | K | T | Buy | 04/24/13 | K | | |
| 175. Abbey Natl Bond 4/27/16 | A | Interest | K | T | Buy | 04/29/13 | K | | |
| 176. Baidu Inc Bond 11/28/17 | A | Interest | J | T | Buy | 04/29/13 | K | | |
| 177. Orix Corp Bond 4/27/15 | A | Interest | J | T | Buy | 04/29/13 | J | | |
| 178. New Rochelle, NY Bond 3/15/18 | A | Interest | J | T | Buy | 08/15/13 | J | | |
| 179. Baidu Inc Bond 8/6/18 | | None | K | T | Buy | 08/26/13 | K | | |
| 180. Northgate, PA Bond 8/15/18 | | None | J | T | Buy | 09/30/13 | J | | |
| 181. Randolph Co, NC Bond 6/1/18 | A | Interest | J | T | Buy | 09/30/13 | J | | |
| 182. Diageo Cap Bond 10/23/17 | A | Interest | J | T | Buy | 10/02/13 | J | | |
| 183. HSBC Fin Corp Bond 10/15/14 | | None | J | T | Buy | 11/06/13 | J | | |
| 184. El Paso Co, CO Bond 12/1/18 | | None | L | T | Buy | 12/05/13 | L | | |
| 185. Maine St Bond 11/15/18 | | None | J | T | Buy | 12/05/13 | J | | |
| 186. HSBC Fin Corp Bond 10/15/15 | | None | K | T | Buy | 12/19/13 | K | | |
| 187. Chemcial Bank Savings (FBO#1) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Federated Balance (CFC) (FBO#1) | A | Dividend | K | T | | | | | |
| 189. MI Ed Savings Plan Moderate Age-Based Opt18(FBO#1)No Control | | None | K | T | Distributed (part) | 01/02/13 | K | | |
| 190. | | None | K | T | Distributed (part) | 08/26/13 | K | | |
| 191. MI Ed Savings Plan 100% Equity Opt (FBO#1)No Control | | None | K | T | | | | | |
| 192. TD Ameritrade Money Market (FBO #1) | A | Interest | K | T | | | | | |
| 193. ING Global Nat Res Fund (FBO#1) | | None | | | Sold | 04/22/13 | J | | |
| 194. MFS Utilities Fund (FBO#1) | A | Dividend | J | T | Sold (part) | 04/22/13 | J | A | |
| 195. Vanguard Energy Fund (FBO#1) | A | Dividend | J | T | Sold (part) | 04/22/13 | J | A | |
| 196. | | None | J | T | Buy (add'l) | 12/02/13 | J | | |
| 197. First Eagle Overseas A Fund (FBO#1) | | None | | | Sold | 08/19/13 | J | B | |
| 198. MFS Intl New Disc A Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 199. T Price Media & Tele Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 200. Yacktman Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 201. ATCO Ltd Class I (FBO#1) | A | Dividend | J | T | | | | | |
| 202. Metro Inc Class A (FBO#1) | A | Dividend | J | T | Buy (add'l) | 12/02/13 | J | | |
| 203. MSCI Canada Index ETF (FBO#1) | A | Dividend | J | T | Sold | 12/02/13 | J | A | |
| 204. Magellan Midstream Partners (FBO#1) | A | Dividend | J | T | Sold (part) | 04/22/13 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Sunoco Logistics Partners (FBO#1) | A | Dividend | K | T | | | | | |
| 206. C & S Realty Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 207. Avalon Bay Comm Inc (FBO#1) | A | Dividend | J | T | | | | | |
| 208. Firstbank PR 7/11/13 (FBO#1) | A | Interest | | | Matured | 07/11/13 | J | | |
| 209. Wachovia Bank, semi 8/15/13 (FBO#1) | A | Interest | | | Matured | 08/15/13 | J | | |
| 210. GE Cap Corp Bond 8/15/15 (FBO#1) | A | Interest | J | T | | | | | |
| 211. Goldman Sachs Bond 10/15/15 (FBO#1) | A | Interest | J | T | | | | | |
| 212. Marlboro Twp NJ Bond 12/1/13 (FBO#1) | A | Interest | | | Matured | 12/01/13 | J | | |
| 213. MI Ed Savgs Plan Moderate Age-Based Opt 15-16 FBO#2No Control | | None | L | T | | | | | |
| 214. MI Ed Savings Plan 100% Equity Opt (FBO#2)No control | | None | K | T | | | | | |
| 215. Phoenix, AZ Bond 7/1/14 (FBO#1) | | None | J | T | | | | | |
| 216. Superior, WI Bond 3/1/14 (FBO#1) | A | Interest | K | T | | | | | |
| 217. Westpac Banking Co Bond 12/9/15 (FBO#1) | A | Interest | K | T | | | | | |
| 218. Harris Cap (FBO#1) | A | Dividend | | | Sold | 04/30/13 | J | | |
| 219. Goldman Sachs CD 8/22/17 (FBO #1) | A | Interest | K | T | | | | | |
| 220. N Wasco Co, OR Bond 12/1/16 (FBO #1) | A | Interest | K | T | | | | | |
| 221. Orix Corp Bond 3/9/17 (FBO #1) | A | Interest | J | T | Buy | 04/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. New Rochelle, NY Bond 3/15/18 (FBO #1) | A | Interest | J | T | Buy | 08/15/13 | J | | |
| 223. Goldman Sachs Bond 10/1/16 (FBO #1) | A | Interest | J | T | Buy | 09/04/13 | J | | |
| 224. El Paso Co, CO Bond 12/1/18 (FBO #1) | | None | K | T | Buy | 12/05/13 | K | | |
| 225. Aflac, Inc (FBO#1) | A | Dividend | J | T | | | | | |
| 226. Deere & Co (FBO #1) | A | Dividend | J | T | Buy (add'l) | 12/02/13 | J | | |
| 227. PowerShares Pharma ETF (FBO #1) | A | Dividend | J | T | Sold (part) | 04/22/13 | J | A | |
| 228. PowerShares QQQ ETF (FBO #1) | A | Dividend | | | Sold | 08/19/13 | J | A | |
| 229. Ross Stores Inc (FBO #1) | A | Dividend | J | T | | | | | |
| 230. SPDR S&P HomeB ETF (FBO#1) | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 231. TAL International (FBO #1) | A | Dividend | J | T | Sold (part) | 04/22/13 | J | A | |
| 232. SPDR DJ Intl Real Est ETF (FBO #1) | A | Dividend | J | T | | | | | |
| 233. Westcore Intl Small Cap Fund (FBO #1) | A | Dividend | J | T | Sold (part) | 04/22/13 | J | A | |
| 234. | | None | J | T | Buy (add'l) | 04/22/13 | J | | |
| 235. Tim Hortons, Inc (FBO #1) | A | Dividend | J | T | Buy (add'l) | 12/02/13 | J | | |
| 236. Continental Resources (FBO #1) | | None | J | T | Buy (add'l) | 08/19/13 | J | | |
| 237. Pioneer Natural Resouces (FBO #1) | A | Dividend | J | T | Sold (part) | 08/19/13 | J | B | |
| 238. iShares DJ US Transport ETF (FBO #1) | A | Dividend | | | Buy | 04/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | None | | | Sold | 08/19/13 | J | A | |
| 240. PowerShares Dyn Energy ETF (FBO #1) | A | Dividend | J | T | Buy | 04/22/13 | J | | |
| 241. Fidelity Slct Portfolio Fund (FBO #1) | A | Dividend | J | T | Buy | 08/19/13 | J | | |
| 242. Oakmark Intl I Fund (FBO #1) | A | Dividend | J | T | Buy | 08/19/13 | J | | |
| 243. PowerShares Lesi&Ent ETF (FBO #1) | A | Dividend | J | T | Buy | 08/19/13 | J | | |
| 244. | | None | J | T | Buy (add'l) | 12/02/13 | J | | |
| 245. Bank of Nova Scotia (FBO #1) | | None | J | T | Buy | 12/02/13 | J | | |
| 246. Rayonier Inc (FBO #1) | A | Dividend | J | T | Buy | 12/02/13 | J | | |
| 247. T Rowe Price New Horizons Fund (FBO #1) | A | Dividend | J | T | Buy | 12/02/13 | J | | |
| 248. Wasatch Intl Growth Fund (FBO #1) | | None | J | T | Buy | 12/02/13 | J | | |
| 249. Chemical Bank Savings (FBO#2) | | None | J | T | | | | | |
| 250. Schwab Money Market Fund (FBO#2) | A | Interest | K | T | | | | | |
| 251. Apple Inc (FBO#2) | A | Dividend | | | Sold | 04/22/13 | J | A | |
| 252. Buffalo Wild Wings Inc (FBO#2) | | None | J | T | | | | | |
| 253. ING Global Natural Resc Fund (FBO#2) | | None | | | Sold | 04/22/13 | J | | |
| 254. MFS Utilities Fund (FBO#2) | A | Dividend | J | T | Sold (part) | 04/22/13 | J | A | |
| 255. Ross Stores Inc (FBO#2) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Vanguard Energy Fund (FBO#2) | A | Dividend | J | T | Sold (part) | 04/22/13 | J | A | |
| 257. Yacktman Fund (FBO#2) | A | Dividend | J | T | Sold (part) | 04/22/13 | J | A | |
| 258. First Eagle Overseas A Fund (FBO#2) | | None | | | Sold | 08/22/13 | J | B | |
| 259. MFS Intl New Disc A Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 260. SPDR DJ Intl Real Estate (FBO#2) | A | Dividend | J | T | Buy (add'l) | 08/22/13 | J | | |
| 261. T Price Media & Tele Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 262. ATCO Ltd Class I (FBO#2) | A | Dividend | J | T | | | | | |
| 263. Metro Inc A (FBO #2) | A | Dividend | J | T | Buy (add'l) | 12/02/13 | J | | |
| 264. MSCI Canada Index ETF (FBO#2) | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 265. Alerian Infrastructure Fund (FBO#2) | B | Dividend | K | T | | | | | |
| 266. C & S Realty Fund (FBO#2) | A | Dividend | K | T | Buy (add'l) | 08/22/13 | J | | |
| 267. GE Money Bank CD 10/19/13 (FBO#2) | A | Interest | | | Matured | 10/19/13 | K | | |
| 268. Blount Co, TN Bond 6/1/15 (FBO#2) | A | Interest | J | T | | | | | |
| 269. Boston, MA Bond 1/1/14 (FBO#2) | A | Interest | J | T | | | | | |
| 270. Dallas, TX Bond 2/15/16 (FBO#2) | | None | K | T | | | | | |
| 271. GE Cap Corp Bond 10/20/16 (FBO#2) | A | Interest | J | T | | | | | |
| 272. JP Morgan Bond 6/1/14 (FBO#2) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Westpac Banking Co Bond 12/9/15 (FBO#2) | A | Interest | K | T | | | | | |
| 274. Aflac, Inc (FBO #2) | A | Dividend | J | T | | | | | |
| 275. Dollar Tree Stores (FBO #2) | | None | J | T | | | | | |
| 276. PowerShares Pharma ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 277. PowerShares QQQ ETF (FBO #2) | A | Dividend | J | T | Sold (part) | 08/22/13 | J | A | |
| 278. | | None | J | T | Buy (add'l) | 12/02/13 | J | | |
| 279. SPDR S&P HomeB ETF (FBO #2) | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 280. TAL International (FBO #2) | A | Dividend | J | T | | | | | |
| 281. Westcore Intl Sm Cap Fund (FBO #2) | A | Dividend | J | T | | | | | |
| 282. Tim Hortons, Inc (FBO #2) | A | Dividend | J | T | | | | | |
| 283. Continental Resources (FBO #2) | | None | J | T | Buy (add'l) | 04/22/13 | J | | |
| 284. Pioneer Natural Resources (FBO #2) | A | Dividend | J | T | Sold (part) | 08/22/13 | J | A | |
| 285. iShares DJ US Transport ETF (FBO #2) | A | Dividend | | | Buy | 04/22/13 | J | | |
| 286. | | None | | | Buy (add'l) | 08/22/13 | J | | |
| 287. | | None | | | Sold (part) | 08/22/13 | J | A | |
| 288. | | None | | | Sold | 12/02/13 | J | A | |
| 289. PowerShares Dyn Energy ETF (FBO #2) | A | Dividend | J | T | Buy | 04/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Oakmark Intl I Fund (FBO #2) | A | Dividend | J | T | Buy | 08/22/13 | J | | |
| 291. American Tower Corp (FBO #2) | A | Dividend | J | T | Buy | 12/02/13 | J | | |
| 292. Bank of Nova Scotia (FBO #2) | | None | J | T | Buy | 12/02/13 | J | | |
| 293. Deere & Co (FBO #2) | | None | J | T | Buy | 12/02/13 | J | | |
| 294. PowerShares Leis&Ent ETF (FBO #2) | A | Dividend | J | T | Buy | 12/02/13 | J | | |
| 295. Wasatch Intl Growth Fund (FBO #2) | | None | J | T | Buy | 12/02/13 | J | | |
| 296. East Whiteland, PA Bond 9/1/17 (FBO #2) | A | Interest | J | T | | | | | |
| 297. Goldman Sachs 9/1/17 (FBO #2) Bond | A | Interest | K | T | | | | | |
| 298. N Wasco Co, OR Bond 12/1/16 (FBO #2) | A | Interest | J | T | | | | | |
| 299. New Jersey Bond 3/1/18 (FBO #2) | A | Interest | J | T | Buy | 08/15/13 | J | | |
| 300. Dorchester, CO SC 5/1/14 Bond (FBO #2) | A | Interest | K | T | Buy | 08/30/13 | K | | |
| 301. Chemical Bank Thomas Ludington Cust AGY | F | Int./Div. | P1 | T | | | | | |
| 302. Agilent Tech Inc | A | Dividend | J | T | | | | | |
| 303. Apple Inc | B | Dividend | M | T | | | | | |
| 304. Bristol-Myers Squibb Co | A | Dividend | K | T | Sold (part) | 11/27/13 | K | D | |
| 305. Caterpillar Tractor Co | B | Dividend | M | T | | | | | |
| 306. Celgene Corp Com | | None | L | T | Sold (part) | 11/27/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Conocophillips | A | Dividend | K | T | | | | | |
| 308. DWS Dreman Small Cap Value Cl 1 | D | Dividend | J | T | | | | | |
| 309. DuPont Ei De Nemours Co | A | Dividend | J | T | | | | | |
| 310. Energizer Hldgs Inc | A | Dividend | J | T | | | | | |
| 311. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 312. Ford Motor Co | A | Dividend | K | T | | | | | |
| 313. Intel Corp | A | Dividend | K | T | | | | | |
| 314. International Business Machs Corp | C | Dividend | M | T | | | | | |
| 315. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 316. Walgreen Co | A | Dividend | J | T | Sold (part) | 11/27/13 | K | D | |
| 317. Aflac, Inc | A | Dividend | J | T | | | | | |
| 318. Aetna US Healthcare Inc | A | Dividend | K | T | | | | | |
| 319. Boston Properties Inc | A | Dividend | K | T | Buy (add'l) | 12/03/13 | J | | |
| 320. Chemical Financial Corp | B | Dividend | K | T | | | | | |
| 321. Clorox Co | A | Dividend | J | T | Sold (part) | 11/27/13 | J | B | |
| 322. Coach Inc | A | Dividend | K | T | | | | | |
| 323. Hcp Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Harbor Intl Fund #11 | B | Dividend | L | T | | | | | |
| 325. Heinz H J Co | A | Dividend | | | Sold | 04/23/13 | J | C | |
| 326. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 327. Kinder Morgan Energy Partners LP | A | Dividend | J | T | | | | | |
| 328. McDonalds Corp | A | Dividend | J | T | | | | | |
| 329. National Oilwell Varco | A | Dividend | K | T | | | | | |
| 330. Nextera Energy Inc | A | Dividend | K | T | Buy (add'l) | 05/23/13 | J | | |
| 331. Oppenheimer Intl Growth Fund | A | Dividend | M | T | | | | | |
| 332. PG & E Corp | A | Dividend | J | T | | | | | |
| 333. Pepsi Co | A | Dividend | K | T | | | | | |
| 334. Phillips 66 | A | Dividend | K | T | Buy (add'l) | 04/12/13 | J | | |
| 335. Prudential Financial | A | Dividend | K | T | Buy (add'l) | 12/03/13 | J | | |
| 336. Qualcomm Incorporated | A | Dividend | J | T | | | | | |
| 337. SPDR Gold Shares ETF | | None | L | T | Buy (add'l) | 03/21/13 | K | | |
| 338. | | None | L | T | Buy (add'l) | 07/30/13 | K | | |
| 339. | | None | L | T | Buy (add'l) | 12/03/13 | K | | |
| 340. | | None | L | T | Sold (part) | 06/26/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Suncoke Energy Inc | | None | J | T | | | | | |
| 342. Bed Bath & Beyond | | None | J | T | Buy | 06/26/13 | J | | |
| 343. Deere & Co | A | Dividend | K | T | Buy | 06/26/13 | J | | |
| 344. | | None | K | T | Buy (add'l) | 12/03/13 | J | | |
| 345. Disney | | None | J | T | Buy | 12/03/13 | J | | |
| 346. EMC Corp Mass | A | Dividend | J | T | Buy | 02/28/13 | J | | |
| 347. Fastenal Co Com | | None | J | T | Buy | 12/03/13 | J | | |
| 348. Principal Mid Cap Blend Fund | A | Dividend | K | T | Buy | 11/29/13 | K | | |
| 349. Teva Pharmaceutical | A | Dividend | J | T | Buy | 12/27/13 | J | | |
| 350. Chemical Bank [        ] Trust AGY | E | Int./Div. | P1 | T | | | | | |
| 351. Adrian MI City School Dist Bond 5/1/19 | B | Interest | L | T | | | | | |
| 352. Clark Cnty Nev Arpt Bond 7/1/20 | B | Interest | K | T | | | | | |
| 353. Detroit, MI Bond 5/1/16 | A | Interest | | | Sold | 05/01/13 | K | | |
| 354. Fennville, MI School Bond 5/1/20 | B | Interest | K | T | | | | | |
| 355. Fidelity Inter Muni Inc Fund #036 | C | Dividend | L | T | | | | | |
| 356. Fidelity MI Muni Inc Fund #081 | B | Dividend | K | T | | | | | |
| 357. Fitzgerald MI School Bond 5/1/18 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Grosse Ile Twp MI School Bond 5/1/21 | B | Interest | K | T | | | | | |
| 359. Illinois ST Agm Bond 1/1/21 | B | Interest | K | T | | | | | |
| 360. Kalamazoo MI School Bond 5/1/20 | A | Interest | K | T | | | | | |
| 361. Madison MI School Bond 5/1/17 | B | Interest | K | T | | | | | |
| 362. MI ST Hosp Fin Bond 7/15/21 | B | Interest | L | T | | | | | |
| 363. Orchard View MI School Bond 5/1/13 | A | Interest | | | Matured | 05/01/13 | K | | |
| 364. Romulus MI Tax Increment Fin Bond 11/1/18 | B | Interest | L | T | | | | | |
| 365. Saginaw VyST Univ MI Bond 7/1/17 | B | Interest | L | T | | | | | |
| 366. Saginaw VyST Univ MI Bond 7/1/18 | B | Interest | K | T | | | | | |
| 367. Spring Tex Indpt School Bond 8/15/18 | B | Interest | L | T | | | | | |
| 368. Warren Mich Bond 10/1/16 | B | Interest | K | T | | | | | |
| 369. Washtenaw Cnty MI Bond 7/1/16 | B | Interest | L | T | | | | | |
| 370. Waverly Mich Cnty School Bond 5/1/18 | B | Interest | K | T | | | | | |
| 371. Bangor Mich Public Bond School 5/1/19 | A | Interest | K | T | Buy | 06/06/13 | K | | |
| 372. Caledonia Mich Cmnty Schools Bond 5/1/14 | A | Interest | K | T | Buy | 02/27/13 | K | | |
| 373. Grand Rapids Mich Bond 12/1/16 | A | Interest | L | T | Buy | 06/11/13 | L | | |
| 374. Green Oak Twp Mich Bond 11/1/19 | A | Interest | L | T | Buy | 03/01/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Green Oak Twp Mich Bond 11/1/21 | A | Interest | K | T | Buy | 03/01/13 | K | | |
| 376. Grosse Pointe Woods Mich Bond11/1/17 | A | Interest | L | T | Buy | 05/15/13 | L | | |
| 377. Kaleva Norman Mich Bond 5/1/15 | A | Interest | L | T | Buy | 05/29/13 | L | | |
| 378. Lakeview Mich Cmnty Schools Bond 5/1/15 | A | Interest | K | T | Buy | 05/28/13 | K | | |
| 379. Midland Cnty Mich Bond 8/1/17 | A | Interest | K | T | Buy | 02/07/13 | K | | |
| 380. Rapid River Mich Public Schools Bond 5/1/16 | A | Interest | L | T | Buy | 05/15/13 | L | | |
| 381. Rapid River Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | Buy | 05/15/13 | K | | |
| 382. Van Buren Cnty Mich Bond 6/1/15 | A | Interest | K | T | Buy | 04/25/13 | K | | |
| 383. Waterford Mich School Dist Bond 5/1/19 | A | Interest | K | T | Buy | 05/01/13 | K | | |
| 384. Waterford Mich School Dist Bond 5/1/2022 | A | Interest | K | T | Buy | 05/01/13 | K | | |
| 385. White Cloud Mich Public Schools Bond 5/1/18 | A | Interest | K | T | Buy | 03/12/13 | K | | |
| 386. White Cloud Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | Buy | 03/12/13 | K | | |
| 387. Ypsilanti Mich Cmnty Utilities Bond 4/1/18 | A | Interest | L | T | Buy | 06/05/13 | L | | |
| 388. Warren Mich Consol Sch Dist Bond 5/1/14 | A | Interest | K | T | Buy | 03/19/13 | K | | |
| 389. Forks Associates Michigan Non-Profit Corp | | None | K | U | Buy | 04/15/13 | K | | |
| 390. ▓▓▓▓▓▓ Estate Trust (X) | | None | O | W | | | | | |
| 391. -Property #1 Midland, MI | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.   -Property #2 Au Gres, MI | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Deleted all assets from 2012 report that had been sold or matured.

2. Lehman Brothers Bond Escrow (Line 136) is still held. Some principle has been returned, with the possibility of future repayment of principle.

3. MI Edu Savings Plan FBO #2 (Line 213) Band Roll to Age Bracket Allocation 15-16 - no buys or sells.

4. The Chemical Bank [          ] Trust AGY was opened 10/30/12. Assest from the Chemical Bank Thomas Ludington Trust AGY were transferred to her trust. All investments that moved to her trust have been removed from Thomas Ludington's Trust section of the report.

5. Pioneer SW Energy Parnters merged to form Pioneer Natural Resouces on December 17, 2013. Under the agreement, each shareholder received 0.2325 of a share of Pioneer common stock for each Pioneer SW common stock owned. (Lines 104, 237, 284)

6. Capmark Bank CD 7/23/12 - Matured during 2012 report period, transaction omitted in error.

7. Goldman Sachs 9/1/17 (Line 163) Maturity date was incorrecty reported as 9/1/12 -maturity date corrected.

8. Metro Inc A FBO #2 (Line 263) Incorrectly marked as Sold last report, only sold part.

9. Fidelity MI Muni Income Fund (Line 339 in previous report) was a duplicate listing. The duplicate was removed and the correct placement is on line 356 of this report.

10. (Lines 11-17, 31-34) Updated asset descriptions.

11. (Lines 390-392) [          ] Estate Trust generated no income and the only transactions were expenses to maintain the assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ludington**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544